EAST BROOKLYN SAVINGS BANK, Appellant, *v.* CHARLES
LEIBNER et al., Respondents, Impleaded with Another.

(Argued April 2, 1931; decided April 16, 1931.)

*Earl A. Darr* for appellant.

*Anthony Apicella* and *Sarah L. Lazarus* for Charles
Leibner, respondent.

*Arthur J. W. Hilly,* Corporation Counsel (*Alexander S.
Aleinikoff* of counsel), for the City of New York,
respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.